FILED
JUN - 9 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MIGUEL MONTOYA,<br><br>    Petitioner,<br><br>    v.<br><br>J. WALKER, Warden,<br><br>    Respondent. | Case No. SACV 10-1485-VAP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: June 9 2011

                                            Virginia A. Phillips
                                            United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY